**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff,**<br><br>v.<br><br>MARTIN THUNA [1], *et al.*,<br><br>**Defendants.** | **Criminal No.** 12-922 (FAB) |

**ORDER**

On January 23, 2018, the Court ordered all pending defendants, Martin Thuna [1], Wayne Thuna [2], Eugene Shirley [4], Dimitry Ashbel [9], Droguería de la Villa, Inc. [24], Droguería Villa, Inc. [26], Edvin Ovasapyan [28], FMC Distributors, Inc. [29], and FMC Specialty Care, Inc. [30] to file informative motions as to the status of plea negotiations by not later than February 2, 2018. Defendants Martin Thuna [1], Wayne Thuna [2], Eugene Shirley [4], Dimitry Ashbel [9], Droguería de la Villa, Inc. [24], Droguería Villa, Inc. [26] and Edvin Ovasapyan [28] filed their motions. Defendant FMC Distributors, Inc. [29] did not file a motion, and FMC Specialty Care, Inc. [30] filed a motion in which it appears that the motion was filed by FMC Distributors, Inc.

**No later than April 30, 2018**, each defendant and the government will file a joint motion informing the Court of the

status of the proceedings against each defendant, including the status of any ongoing plea negotiations.[1]

**IT IS SO ORDERED.**

San Juan, Puerto Rico, April 17, 2018.

<u>s/ Francisco A. Besosa</u>
FRANCISCO A. BESOSA
UNITED STATES DISTRICT JUDGE

---

[1] The Court is aware that defendants Martin Thuna, Wayne Thuna, Eugene Shirley and Droguería de la Villa, Inc. are named defendants in Criminal No. 18-219.